**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**EARL JOSH ROBERTS,**
      **Plaintiff,**
  **v.**

**CORRECTIONAL OFFICER
VISQUIS, ET AL.,**
      **Defendants.**

**No. 1:20-CV-01194**

**(Judge Rambo)**

## <u>ORDER</u>

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendants' motions for summary judgment (Docs. 17, 18) are **GRANTED**.

2.    The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims in the Complaint.

3.    Defendants' motion for an order to show cause (Doc. 21) is **DENIED AS MOOT**.

4.    The Clerk of Court is directed to **CLOSE** this case.

s/Sylvia H. Rambo
United States District Judge

Dated:  April 1, 2021